FILED

JAMES J. VILT, JR. - CLERK

JUN 1 8 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 3:25CR 95 DJH+1

**MATTHEW RYAN ELKINS**

18 U.S.C. § 2118(b)
18 U.S.C. § 1365(a)
21 U.S.C. § 843(a)(3)
21 U.S.C. § 846
21 U.S.C. § 853(a)

## BACKGROUND

1.      Beginning in or around November 29, 2012, **MATTHEW RYAN ELKINS** was licensed as a registered nurse (RN License No. 1134026) by the Kentucky Board of Nursing. Beginning in or around January 10, 2013, **MATTHEW RYAN ELKINS** was licensed as an Advanced Practice Registered Nurse-Certified Registered Nurse Anesthetist (APRN-CRNA License No. 3007849), licensed by the Kentucky Board of Nursing. Between on or about August 1, 2017, through on or about March 21, 2024, **MATTHEW RYAN ELKINS** worked as a contract nurse anesthetist at multiple facilities in Kentucky, including a facility in Louisville, Kentucky, in Jefferson County.

2.      The United States Food and Drug Administration (FDA) was an agency within the executive branch of the Government of the United States. The FDA was responsible for protecting the health and safety of the public by ensuring, among other things, that drugs intended for use in humans were safe and effective for their intended uses and that the labeling of such drugs bore true and accurate information. As part of its mission to protect the public health, the FDA, specifically,

its Office of Criminal Investigations (FDA/OCI), had the authority to investigate allegations of tampering with consumer products, including drugs.

The Grand Jury charges:

COUNT 1
*(Tampering with Consumer Products)*

3.      On or about March 21, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MATTHEW RYAN ELKINS**, with reckless disregard for the risk that another person would be placed in danger of death or bodily injury, and under circumstances manifesting extreme indifference to such risk, did tamper with a consumer product that affected interstate commerce, specifically one pre-filled, capped syringe containing fentanyl citrate 3,000 mcg/mL and bupivacaine HCl 3mg/mL, prescribed to PATIENT 1 by removing a portion of the listed ingredients and replacing it with another liquid.

In violation of Title 18, United States Code, Section 1365(a).

The Grand Jury further charges:

COUNT 2
*(Acquiring and Attempting to Acquire a Controlled Substance by
Misrepresentation, Fraud, Deception, and Subterfuge)*

4.      On or about March 21, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MATTHEW RYAN ELKINS**, did knowingly and intentionally acquire, obtain, and attempt to acquire and obtain a controlled substance, to wit, three injectable

vials containing a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]-propanamide, commonly known as "fentanyl," a Schedule II controlled substance, by misrepresentation, deception, and subterfuge.

In violation of Title 21, United States Code, Sections 843(a)(3) and 846.

The Grand Jury further charges:

### COUNT 3
*(Burglary Involving Controlled Substances)*

5.    On or about March 21, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MATTHEW RYAN ELKINS**, without authority, intentionally and knowingly entered and attempted to enter and remain in the business premises of BUSINESS 1, a business then registered with the Drug Enforcement Administration under section 302 of the Controlled Substance Act (Title 21 U.S.C. § 822) with the intent to steal any material and compound containing any quantity of a controlled substance and whose replacement value was not less than $500.

In violation of Title 18, United States Code, Section 2118(b).

### NOTICE OF FORFEITURE

Pursuant to Title 21, United States Code, Section 853 and Fed. R. Cr. P. 32.2(a), upon conviction of any of the offenses alleged in Count 2 of this Indictment in violation of Title 21, United States Code, Section 843(a)(3), the defendant, **MATTHEW RYAN ELKINS**, shall forfeit to the United States of America, any property constituting, or derived from, proceeds obtained

directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following:

> The forfeiture of Defendant's Kentucky nursing licenses to wit, Advanced Practice Registered Nurse-Certified Registered Nurse Anesthetist (APRN-CRNA) license number 3007849 and Registered Nurse (RN) license number 1134026, as property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

A TRUE BILL.

**Redacted**

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:EGM:06/18/2025

UNITED STATES OF AMERICA v. **MATTHEW RYAN ELKINS**

## P E N A L T I E S

| | |
|---|---|
| Count 1: | NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Count 2: | NM 4 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Count 3: | NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| FORFEITURE | |

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.      That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.      Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:         Clerk, U.S. District Court
                    106 Gene Snyder U.S. Courthouse
                    601 West Broadway
                    Louisville, KY  40202
                    502/625-3500

BOWLING GREEN:      Clerk, U.S. District Court
                    120 Federal Building
                    241 East Main Street
                    Bowling Green, KY  42101
                    270/393-2500

OWENSBORO:          Clerk, U.S. District Court
                    126 Federal Building
                    423 Frederica
                    Owensboro, KY  42301
                    270/689-4400

PADUCAH:            Clerk, U.S. District Court
                    127 Federal Building
                    501 Broadway
                    Paducah, KY  42001
                    270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.